IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>EDWARD LEWIS,<br><br>     Defendant. | 8:16-CR-170<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed Motion to Continue Sentencing (filing 44) is granted.

2. Defendant Edward Lewis' sentencing is continued to June 15, 2017, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 6th day of March, 2017.

             BY THE COURT:

             _John M. Gerrard_
             John M. Gerrard
             United States District Judge