IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD LEWIS,<br><br>    Defendant. | 8:16CR170<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion for Continuance (filing 63) is granted.

2. Defendant Edward Lewis' sentencing is continued to September 21, 2017, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 5th day of July, 2017.

BY THE COURT:

_/s/ John M. Gerrard_
John M. Gerrard
United States District Judge